UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| John Hasenbein, et al., <br><br>    Plaintiff, <br><br>v. <br><br>Enterprise Leasing Company-West, LLC, <br><br>    Defendant. | Case No. 2:25-cv-02236-NJK[1] <br><br>**Order** <br><br>[Docket No. 11] |

Pending before the Court is a stipulated confidentiality agreement and proposed protective order. Docket No. 11. The stipulation was filed pursuant to Rules 26(c) and 29 of the Federal Rules of Civil Procedure, *see id.* at 2, the latter of which expressly allows parties to agree to discovery procedures <u>without judicial approval</u>, *see* Fed. R. Civ. P. 29(b); *see also Cross v. Walmart, Inc.*, ___ F.R.D. ____, 2025 WL 3003341 (D. Nev. Oct. 27, 2025). The stipulation does not explain why judicial oversight is required as to the parties' discovery agreement. Accordingly, the Court **DENIES** without prejudice the stipulated confidentiality agreement and proposed protective order.

IT IS SO ORDERED.

Dated: January 9, 2026.

                                                                      _____ <br>
                                                                       Nancy J. Koppe <br>
                                                                       United States Magistrate Judge

---

[1] This case is proceeding before the undersigned magistrate judge on consent. *See* Docket Nos. 4, 5