ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
KIRCHE RAY, ESQ.
Nevada Bar No. 16306
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV  89135
Telephone: (702) 792-3773
E-mail:  swanise@gtlaw.com
         rabeb@gtlaw.com
         kirche.ray@gtlaw.com

*Counsel for Defendants, ENTERPRISE LEASING COMPANY-WEST, LLC dba ENTERPRISE RENT-A-CAR and TYRELL WHITAKER*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN HASENBEIN, an individual; DESIREE HASENBEIN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC dba ENTERPRISE RENT-A-CAR, a foreign limited liability company; TYRELL WHITAKER, an individual; DOE EMPLOYEE I, an individual; DOES 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02236-NJK<br><br>**STIPULATION AND [PROPOSED ORDER] FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs JOHN HASENBEIN and DESIREE HASENBEIN (collectively, "Plaintiffs"), by and through their counsel, the law offices of Morgan & Morgan, and Defendants ENTERPRISE LEASING COMPANY-WEST LLC dba ENTERPRISE RENT-A-CAR and TYRELL WHITAKER (collectively "Defendants"), by and through its attorneys of record, the law firm of Greenberg Traurig, LLP, and, (collectively "Plaintiffs," and with Defendants, the "Parties"), hereby stipulate that this matter, including all claims, shall be dismissed with prejudice in accordance with FRCP 41(a)(2).

Page 1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Each party shall bear its own attorneys' fees and costs of suit.

DATED this 2nd day of June, 2026.

DATED this 2nd day of June, 2026.

**GREENBERG TRAURIG, LLP**

**MORGAN & MORGAN**

*/s/ Eric W. Swanis*

ERIC W. SWANIS, Esq.
Nevada Bar No. 6840
BETHANY L. RABE, Esq.
Nevada Bar No. 11691
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
***Counsel for Defendants, Enterprise Leasing Company-West, LLC dba Enterprise Rent-A-Car and Tyrell Whitaker***

*/s/ Gregory A. Kraemer*

GREGORY A. KRAEMER, ESQ.
Nevada Bar No. 010911
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada  89119
***Counsel for Plaintiffs***

The Clerk's Office is **INSTRUCTED** to close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 2, 2026
_____

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Page 2

ACTIVE 723974547v1